```
                                                    FILED
                                                September 30, 2010
        UNITED STATES DISTRICT COURT FOR THE   CLERK, US DISTRICT COURT
                                                EASTERN DISTRICT OF
                                                    CALIFORNIA
            EASTERN DISTRICT OF CALIFORNIA
                                                   DEPUTY CLERK
```

UNITED STATES OF AMERICA,        )
                                 )        Case No. MAG. 10-0290-KJN
           Plaintiff,            )
v.                               )
                                 )        ORDER FOR RELEASE OF
CUONG CACH,                      )        PERSON IN CUSTODY
           Defendant.            )
_____  )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CUONG CACH, Case No. MAG. 10-0290-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____    Release on Personal Recognizance

  X     Bail Posted in the Sum of: $150,000.00

         X    Unsecured Appearance Bond (Interim - $150,000.00)

         X    $120,000.00 Secured Appearance Bond and $30,000.00 Unsecured Bond

         X    (Other) Conditions as stated on the record.

         X    (Other) The secured bond paperwork is to be filed by 10/29/10.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   09-30-10   at  4:11pm

                                        By  _____
                                            Edmund F. Brennan
                                            United States Magistrate Judge